**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.



★ AUG 14 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
J&J SPORTS PRODUCTIONS, INC.,
*as Broadcast Licensee of the March 19,
2005 Morales/Pacquaio Program,*

JUDGMENT
05-CV- 5799 (JG)

      Plaintiff,

 -against-

MILADYS LOPEZ, *Individually, and d/b/a*
MILADYS GROCERY STORE a/k/a MILADYS
GROCERY, and MILDAYS GROCERY STORE
a/k/a MILADYS GROCERY,

      Defendants.
----------------------------------------------------------------X

  An Order of Honorable John Gleeson, United States District Judge, having been filed on August 7, 2006, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., dated June 8, 2006; and directing the Clerk of Court to enter a default judgment against defendants, jointly and severally, in the amount of $6,537.50, comprised of $5,000.00 in statutory and enhanced damages, and $1,537.50 in attorney's fees and costs; it is

JUDGMENT
05-CV- 5799 (JG)

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., is adopted; and that judgment is hereby entered in favor of plaintiff, J&J Sports Productions, Inc., as Broadcast Licensee of the March 19, 2005 Morales/Pacquaio Program, and against defendants, Miladys Lopez, Individually, and d/b/a Miladys Grocery Store a/k/a Miladys Grocery, and Mildays Grocery Store a/k/a Miladys Grocery, jointly and severally, in the amount of $6,537.50, comprised of $5,000.00 in statutory and enhanced damages, and $1,537.50 in attorney's fees and costs.

Dated: Brooklyn, New York
   August 10, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court